1  UNITED STATES DISTRICT COURT
2  DISTRICT OF NEVADA

3  UNITED STATES OF AMERICA

                Plaintiff(s),

VS.                                               2:04-CR-376-JCM-GWF

JOHN EVERETT

                Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: September 23, 2010

_____
**U.S. DISTRICT JUDGE**