UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-CR-376-JCM-GWF |
| Plaintiff, | |
| vs. | |
| JOHN EVERETT | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#36) on August 29, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NATIONAL CITY BANK N/K/A PNC BANK
Amount of Restitution: $2,336.00

**Total Amount of Restitution ordered:** $2,336.00

Dated this _____ day of February, 2017.

UNITED STATES DISTRICT JUDGE